# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTWONE WILSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 2:23-cv-1033-ACA-GMB |
| **LT. EDMOND,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 2, 2024 recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 11). Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

Plaintiff Antwone Wilson's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the magistrate judge's report. The therefore court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this August 1, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE